JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHHOUY CHHUON,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES JANECKA, Warden, et al,<br><br>    Respondents. | Case No. 16-CV-1311-SK<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is DISMISSED as moot.

DATED: July 25, 2016

STEVE KIM
U.S. MAGISTRATE JUDGE